Cherylynn Barnhill

P.O.Box 17324

Urbana, IL 61803

(217)530-7070

Case No. 18-CV-2308

Cherylynn Barnhill

Plaintiff

V.

U-haul Company of Illinois Inc.,

Defendant



FILED

JAN -9 2020

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

## CASE DISPOSITIVE MEMO

I Cherylynn Barnhill am asking for judgement in my favor. I have participated and reached out to U-Haul's lawyer and to date have had no response. See attached prior status report submitted in September. I have patiently waited for a response, understanding that lawyers get busy, however, it is my belief that I have gone above and beyond being patient.

On December 27, 2018, U-Haul's lawyer requested more time to investigate due to the holidays; a second holiday season has passed since that time. See attached request submitted by U-Haul January 14, 2019, one year ago. There is no sense in having arbitration at this point; it would have taken at most 30 days, according to Fed.R.CiV.P.12.

U-Haul's participation has been limited to nearly void throughout this entire process, U-Haul has continued to be uncooperative in addressing or settling this matter. Since the status report, I have called on September 9, 2019, the receptionist answered and stated that the case was listed under Barnhill and said that I would get a call back. I received no call back. I called November 27, 2019, I spoke with April (U-Haul's lawyers receptionist/assistant) who first put me on hold then later returned and said the lawyer was not available and sent me to the lawyer's voicemail, I left a message to please call me in regards to arbitration; again to date I have had no contact and/or call back in the matter.

In conclusion it is my hope that you will grant a judgement in my favor, this process has been unfair and time consuming, aside from the unfair treatment I endured. I feel bullied by this corporation, it is clear that they do not care and no one should ever have to go through this. I appreciate your time and consideration in this matter.