E-FILED
Thursday, 09 January, 2020  11:01:36 AM
Clerk, U.S. District Court, ILCD

Cherylynn Barnhill

P.O.Box 17324

Urbana IL, 61803

(217)530-7070


**_Status Report:_**   Case No. 18-CV-2308


Cherylynn Barnhill

Plaintiff

V.

U-Haul Company of Illinois Inc.,

Defendant


June 2015:   Filed complaint with U-Haul after racial slur was used against me

September 2016: Filed appeal in unemployment

October 2016: Hearing for Unemployment, won unemployment case, defendant did not appeal

March 2017: Filed EEOC case.

September 2018: Given right to sue from EEOC.

October 2018: Got a Lawyer.

December 2018: Filed complaint with US District Court for the Central District of Illinois Urbana Division.

May 2019: Order made, case will be stayed pending arbitration.

September 2019 Called Court house, advised to contact defendants about arbitration.

September 2019: Called U-Haul Attorney Heather Erickson, to date have not heard back.

September 2019: Read over case file, discovered what arbitration is. Even though I have no recollection of signing such a clause, according to the document submitted by U-Haul,   proceedings are to occur within 30 days. It has been longer than that, ever since the stay was granted in May 2019.


In conclusion it is my intent to proceed with this case.