2:18-cv-02308-CSB-EIL   #19-2   Page 1 of 3

E-FILED
Thursday, 09 January, 2020 11:02:35 AM
Clerk, U.S. District Court, ILCD

ULA-076353

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| CHERYLYNN BARNHILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.: 18-cv-2308 |
| ) | |
| U-HAUL CO. OF ILLINOIS, INC., ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

**NOW COMES** the Defendant, **U-HAUL CO. OF ILLINOIS, INC.** ("U-Haul"), by and through its attorneys, Manuel Sanchez, Heather D. Erickson and Meghan White of Sanchez Daniels & Hoffman LLP, and respectfully moves this Court to enter an Order, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for enlargement of time in which to file its responsive pleadings to the Complaint at Law filed by the Plaintiff, **CHERYLYNN BARNHILL**. In support thereof, said defendant states as follows:

1. The Plaintiff has filed a Complaint at Law alleging employment discrimination seeking recovery under Title VII of the Civil Rights Act of 1964; the Pregnancy Discrimination Act amendment, 42 U.S.C.A. § 2000e(k), to Title VII; and the Illinois Human Rights Act, 775 ILCS 5/2-102 *et seq.*. The Complaint was filed on December 6, 2018. (ECF No. 1.)

2. The responsive pleading of the Defendant is due on or about January 2, 2019.

3. Defense counsel, Heather D. Erickson, received the Complaint on December 14, 2018 and some of the file materials on December 17, 2018. However, given the holidays, defense counsel has not had an adequate opportunity to investigate the allegations made in Plaintiff's

Complaint to file the appropriate responsive pleading and would respectfully request a brief extension.

4. Counsel for Defendant, Heather D. Erickson, contacted Counsel for the Plaintiff, Ronald S. Langacker, who advised that he has no objection to this motion.

**WHEREFORE**, the Defendant, **U-HAUL CO. OF ILLINOIS, INC.,** respectfully moves this Court to enter an Order pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, granting said defendant an extension until January 14, 2019 in which to file its responsive pleadings to the Plaintiff's Complaint.

Respectfully submitted,

By: /s/Heather D. Erickson
One of the Attorneys for Defendant,
**U-HAUL CO. OF ILLINOIS, INC.**

Manuel Sanchez (#2451484)
Heather D. Erickson (#6269711)
Meghan D. White (#6324839)
**SANCHEZ DANIELS & HOFFMAN LLP**
Attorneys for Defendant,
U-HAUL CO. OF ILLINOIS, INC.
333 West Wacker Drive
Suite 500
Chicago, Illinois 60606
T. (312) 641-1555
F: (312) 641-3004
E: msanchez@sanchezdh.com
   herickson@sanchezdh.com
   mwhite@sanchezdh.com

## CERTIFICATE OF SERVICE

I certify that on December 28, 2018, the foregoing was electronically filed with the Clerk of the Court using the CMECF System, which will send notification of such filing to the attorney listed below and that this statement as set forth is true and correct.

> Mr. Ronald S. Langacker
> Langacker Law, Ltd.
> 102 East Main Street
> Suite 100
> Urbana, Illinois 61801

> /s/Heather D. Erickson

F:\DATA\HISTORY\ULA\076353-Barnhill\Motions\Mtn for Ext of Time.docx

3