# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| CHERYLYNN BARNHILL, | ) |
| Plaintiff, | ) |
| vs. | ) No.: 18-cv-02380-CSB-EIL |
| U-HAUL CO. OF ILLINOIS, INC., | ) |
| Defendant. | ) |

## STATUS REPORT

Defendant being represented by Heather D. Erickson of Sanchez Daniels & Hoffman LLP now hereby submits the following status report pursuant to the Court's Order dated January 9, 2020:

1.  On May 2, 2019, the Court granted Defendant's Motion to Compel Arbitration and stayed this matter pending arbitration. *See* Doc. #17.

2.  Defendant has not received any notice that the Plaintiff has initiated an arbitration proceeding pursuant to the Early Dispute Resolution Policy and the U-Haul Employee Agreement to Arbitrate (Doc. #13-2).

3.  Further, an arbitration of the above-captioned matter has not taken place as of the filing of this Status Report.

Respectfully submitted,

**SANCHEZ DANIELS & HOFFMAN LLP**

By: /s/Heather D. Erickson
Heather D. Erickson (#6269711)
Meghan D. White (#6324839)
**SANCHEZ DANIELS & HOFFMAN LLP**
Attorneys for Defendant,
333 West Wacker Drive, Suite 500
Chicago, Illinois 60606
T: (312) 641-1555 - F: (312) 641-3004
E: herickson@sanchezdh.com
mwhite@sanchezdh.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF System and a copy of the foregoing was served via regular mail by depositing a copy of the same in the U.S. Mail at 333 West Wacker Drive, Chicago, Illinois, at or before 5:00 p.m. on January 23, 2020, with proper postage prepaid and that this statement as set forth is true and correct.

        Ms. Cherylynn Barnhill
        P.O. Box 17324
        Urbana, Illinois 61803

        /s/Heather D. Erickson