E-FILED
Tuesday, 30 June, 2020  10:30:43 PM
Clerk, U.S. District Court, ILCD

### UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| CHERYLYNN BARNHILL, | ) |
| Plaintiff, | ) |
| vs. | ) No.: 18-cv-02380-CSB-EIL |
| U-HAUL CO. OF ILLINOIS, INC., | ) |
| Defendant. | ) |

### STATUS REPORT

Defendant being represented by Heather D. Erickson and Meghan D. White of Sanchez Daniels & Hoffman LLP now hereby submits the following status report pursuant to the Court's Order dated May 5, 2020:

1. On August 15, 2016, Plaintiff was discharged from employment at U-Haul Co. of Illinois, Inc.

2. On March 14, 2017, Plaintiff filed a charge with the Equal Employment Opportunity Commission.

3. On September 11, 2018, the Right to Sue Letter from the Equal Employment Opportunity Commission Date was mailed to Plaintiff.

4. On December 6, 2018, Plaintiff filed the instant lawsuit in which Plaintiff complains that Defendant violated Title VII, the Pregnancy Discrimination Act and the Illinois Human Rights Act.

5. On May 2, 2019, the Court granted Defendant's Motion to Compel Arbitration, ordering the Plaintiff to initiate arbitration. *See* Doc. #17.

6. On September 30, 2019, Plaintiff filed a status report acknowledging that she was ordered to initiate arbitration, but had failed to do so, nearly five months later. Plaintiff

acknowledged that she had thirty days to initiate arbitration, according to the Arbitration Agreement, but did not initiate it within the thirty day time frame.

7.  On January 29, 2020, the Court's order stated that at the time of the Order, Plaintiff failed to initiate arbitration as required by her arbitration agreement. The Court then ordered Plaintiff to initiate arbitration by May 2, 2020; otherwise the case would be dismissed for want of prosecution.

8.  On May 4, 2020, Plaintiff filed a Motion for an Extension of Time in which to initiate arbitration.

9.  On May 5, 2020, the Court granted Plaintiff's Motion for an Extension of Time to initiate arbitration, ordering that Plaintiff was to initiate arbitration by June 22, 2020.

10. On June 30, 2020, Defense counsel received notice from the American Arbitration Association that Plaintiff had filed a demand for arbitration before the American Arbitration Association, requesting additional documentation including a "copy of the contract" and a "court order or joint stipulation referring the matter to arbitration."

11. As of the filing of this motion, Defendant is not aware if Plaintiff indeed initiated the arbitration by June 22, 2020 as ordered by the Court.

>Respectfully submitted,
>
>**SANCHEZ DANIELS & HOFFMAN LLP**
>
>By: /s/Meghan D. White
>       Heather D. Erickson (#6269711)
>       Meghan D. White (#6324839)
>       **SANCHEZ DANIELS & HOFFMAN LLP**
>       Attorneys for Defendant
>       333 West Wacker Drive, Suite 500
>       Chicago, Illinois 60606
>       T: (312) 641-1555 - F: (312) 641-3004
>       E: herickson@sanchezdh.com
>          mwhite@sanchezdh.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF System and a copy of the foregoing was served via email on June 30, 2020 to the parties listed below, and that this statement as set forth is true and correct.

Ms. Cherylynn Barnhill
P.O. Box 17324
Urbana, Illinois 61803
Cherylmon33@gmail.com

/s/Meghan D. White