# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| **CHERYLYNN BARNHILL,** | ) |
| **Plaintiff,** | ) |
| vs. | ) No.: 2:18-cv-2308 |
| **U-HAUL CO. OF ILLINOIS, INC.,** | ) |
| **Defendant.** | ) |

## STATUS REPORT

Defendant being represented by Heather D. Erickson and Meghan D. White of Sanchez Daniels & Hoffman, LLP now hereby submits the following status report pursuant to the Court's Order dated October 22, 2020:

1. Upon information and belief, on June 22, 2020, Plaintiff served to Demand for Arbitration to the American Arbitration Association.

2. On August 13, 2020, Arbitrator Gilbert was assigned to this matter and held a telephone conference with the Parties.

3. On August 27, 2020, Arbitrator Gilbert held another telephone conference with the Parties, and allowed additional time for Plaintiff to find an attorney.

4. On September 18, 2020, Arbitrator Gilbert allowed Defendant U-Haul to file a Motion to Dismiss based upon timeliness of claims, which is currently being briefed at the time of the filing of this status report.

5. The next telephone conference call with Arbitrator Gilbert and the Parties is set for October 27, 2020.

By: /s/ Meghan D. White
Heather D. Erickson
Meghan D. White
Sanchez Daniels & Hoffman LLP
333 West Wacker Drive, Suite 500
Chicago, Illinois  60606
(312) 641-1555
herickson@sanchezdh.com
mwhite@sanchezdh.com