# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| CHERYLYNN BARNHILL, | ) |
| Plaintiff, | ) |
| vs. | ) No.: 2:18-cv-2308 |
| U-HAUL CO. OF ILLINOIS, INC., | ) |
| Defendant. | ) |

## STATUS REPORT

Defendant, U'Haul Co. of Illinois, Inc., being represented by Heather D. Erickson and Meghan D. White of Sanchez Daniels & Hoffman LLP, now hereby submits the following status report pursuant to the Court's Order dated October 23, 2020:

1. On May 3, 2019, the Court granted Defendant's motion to compel arbitration and stayed this matter pending arbitration (Dkt #17).

2. On or about June 22, 2020, Plaintiff filed a Demand for Arbitration with the American Arbitration Association.

3. On January 4, 2021, Arbitrator Gilbert granted Defendant/Respondent, U-Haul Co. of Illinois, Inc.'s Motion to Dismiss based upon timeliness and dismissed Plaintiff/Claimant, Cherylynn Barnhill's demand for arbitration and claims with prejudice.

Respectfully submitted,

**SANCHEZ DANIELS & HOFFMAN LLP**

By: /s/Heather D. Erickson
Heather D. Erickson (#6269711)
Meghan D. White (ARDC # 6324839)
**SANCHEZ DANIELS & HOFFMAN LLP**
Attorneys for Defendant,
333 West Wacker Drive, Suite 500
Chicago, Illinois 60606
(312) 641-1555
herickson@sanchezdh.com
mwhite@sanchezdh.com

## **CERTIFICATE OF SERVICE**

I certify that on January 7, 2021, the foregoing was electronically filed with the Clerk of the Court using the CMECF System, which will send notification of such filing to Plaintiff listed below and that this statement as set forth is true and correct.

Ms. Cherylynn Barnhill
P.O. Box 17324
Urbana, Illinois 61803
cherylmon33@yahoo.com
cherylmon33@gmail.com

    /s/Heather D. Erickson