**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| CHERYLYNN BARNHILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No.: 2:18-cv-2308 |
| | ) |
| U-HAUL CO. OF ILLINOIS, INC., | ) |
| | ) |
| Defendant. | ) |

# EXHIBIT A

**American Arbitration Association®**

**EMPLOYMENT ARBITRATION RULES
DEMAND FOR ARBITRATION**

To ensure your demand is processed promptly, please file online at www.adr.org/support. Complete this form, provide last known email addresses and include a copy of the Arbitration Agreement, Plan or Contract.

| **Mediation:** If you would like the AAA to contact the other parties and attempt to arrange mediation, please check this box ☐. |
|---|

| **Parties (Claimant)** |
|---|

| Name of Claimant: Cherylynn Barnhill |||
|---|---|---|
| Address: P.O.Box 17324 |||
| City: Urbana | State: Illinois | Zip Code: 61803 |
| Phone No.: 217-530-7070 | Fax No.: ||
| Email Address: cherylmon33@gmail.com |||
| Representative's Name (if known): |||
| Firm (if applicable): |||
| Representative's Address: |||
| City: | State: Select… | Zip Code: |
| Phone No.: | Fax No.: ||
| Email Address: |||

| **Parties (Respondent)** |
|---|

| Name of Respondent: U-Haul CO. Of Illinois, Inc. |||
|---|---|---|
| Address: 306 E. University |||
| City: Champaign | State: Illinois | Zip Code: 61820 |
| Phone No.: 217-351-7040 | Fax No.: ||
| Email Address: Uhaul.com |||
| Representative's Name (if known): Heather D. Erickson |||
| Firm (if applicable): Sanchez Daniel & Hoffman LLP |||
| Representative's Address: 333 West Wacker Drive Suite 500 |||
| City: Chicago | State: Illinois | Zip Code: 60606 |
| Phone No.: 312-641-1555 | Fax No.: 312-641-3004 ||
| Email Address: herickson@sanchezdh.com |||
| Claim: What was/is the employee/worker's annual wage range? ☑ Less than $100,000  ☐ $100,000-$250,000  ☐ Over $250,000
*Note: This question is required by California law.* |||
| Amount of Claim: |||
| Claim involves: ☐ Statutorily Protected Rights  ☐ Non-Statutorily Protected Rights |||

**AMERICAN ARBITRATION ASSOCIATION®**

**EMPLOYMENT ARBITRATION RULES**
**DEMAND FOR ARBITRATION**

| |
|---|
| In detail, please describe the nature of each claim. You may attach additional pages if necessary: <br><br> I was wrongfully terminated, wasnt given the reason until the unemployment hearing (I won ). I was a target first for being what they called the last of the "Ceds" and second because I contacted the EEOC after I was called a "Black Bitch" by my superior. I was the only female Assistant General Manager to add to that I was the only black female Assistant in my region. I  was demoted for getting pregnant, and replaced by a white ☐ |
| Other Relief Sought:  ☑ Attorneys Fees   ☑ Interest   ☑ Arbitration Costs   ☑ Punitive/ Exemplary <br> ☑ Other:  I want all that I am entitled to have |
| Please describe the qualifications for arbitrator(s) to hear this dispute: <br><br> It is court ordered, I uploaded the  document for that before I paid for the Arbitration earlier today |
| Hearing: Estimated time needed for hearings overall:                      hours  or                       days |
| Hearing Locale: <br> (check one)  ☑ Requested by Claimant   ☐ Locale provision included in the contract |
| Filing Fee requirement or $300 (max amount per AAA) <br> Filing by Company:  ☐ $2,200 single arbitrator  ☐ $2,800 three arbitrator panel |
| Notice: To begin proceedings, **please file online at www.adr.org/fileonline.** You will need to upload a copy of this Demand and the Arbitration Agreement, and pay the appropriate fee. |

| Signature (may be signed by a representative): <br> Cherylynn Barnhill | Date: <br> 06/22/2020 |
|---|---|

| |
|---|
| Pursuant to Section 1284.3 of the California Code of Civil Procedure, consumers with a gross monthly income of less than 300% of the federal poverty guidelines are entitled to a waiver of arbitration fees and costs, exclusive of arbitrator fees. This law applies to all consumer agreements subject to the California Arbitration Act, and to all consumer arbitrations conducted in California. Only those disputes arising out of employer plans are included in the consumer definition. If you believe that you meet these requirements, you must submit to the AAA a declaration under oath regarding your monthly income and the number of persons in your household. Please contact the AAA's Western Case Management Center at 1-800-778-7879. If you have any questions regarding the waiver of administrative fees, AAA Customer Service can be reached at 1-800-778-7879. Please visit our website at www.adr.org/support to file this case online. |