E-FILED
Thursday, 15 April, 2021  02:49:56 PM
Clerk, U.S. District Court, ILCD

April 14, 2021

Cherylynn Barnhill
P.O.Box17324
Urbana, IL 61803
(217)530-7070
cherylmon33@yahoo.com

**FILED**

APR **15** 2021

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Case No. 18-CV-2308

Cherylynn Barnhill
Plaintiff
V.
U-Haul Company of Illinois
Defendant

To Whom It May Concern:

I am writing in response to U-Haul's motion for summary judgement.
According to Rule 56 Summary Judgement:

A. Movant must show there is no genuine dispute based on material facts

- U-Haul can not show that the dispute is not genuine based on material facts, there are material issues that are in dispute. In arbitration U-Haul admitted guilt to one of the material factors.

- I was wrongfully terminated and wasn't given a reason until the unemployment hearing.
- I was targeted first for being what they called the last of the "Ceds" and second because I contacted EEOC after being called "Black Bitch" by my superior.
- I was the only female Assistant General Manager and the only black female Assistant in my region.
- I was demoted for getting pregnant (see witness statement previously submitted), replaced by a white male ( see witness statements previously submitted), when my baby died my position was not given back (see witness statements submitted previously, also I have submitted the document where U-Haul admits this material fact).
- My civil rights as well as my human rights were violated in regards to my race, gender, and pregnancy.
- Arbitration was and is being used as a tactic to deceive, I maintain my position that I did not sign nor do I recall signing such a document, anyone

privy to a persons information can electronically sign a document ( I also stated this in one of the conference calls we had). Arbitration was only brought up after two years of U-Haul not participating in the EEOC discovery process and I was given the right to sue ( see previously submitted document). Also even though I did not agree to arbitration, I still had to participate in that part of this case and U-Haul agreed not to use a lawyer as long as I didn't. I did not and still don't have a lawyer and they used a lawyer making the process unfair.

B. Time to file a motion, unless different time is set by local rule or court orders summary judgement can be filed anytime until 30 days after the close of all discovery.

- U-Haul failed to participate in the discovery process for EEOC ( they stopped communicating for two years, it wasn't until I filed in federal court that they began to participate). They submitted an arbitration document reflecting that I signed for arbitration, I had not, the document they submitted was electronically signed. I had not signed nor consented to this. They withheld the information about arbitration during the EEOC because they knew and know no such agreement existed. I have admissible evidence in regards to the presence  of a genuine dispute ( all evidence submitted already is proof that there is a genuine dispute. There are undisputable facts: (1) I was given the right to sue by the EEOC, and filed with the court within the time allowed (see previously submitted document) (2) U-Haul admitted guilt to one of the material facts (I have included this document with this response).(3) I prevailed against U-Haul in the unemployment (see previously submitted document). (4) I have witnesses to account for what happened to me ( see previously submitted statements)

See 6. Moore's Federal Practice 2069(2ded1953) 3 Barron & Holtzoff, supra 31235.1

Where an issue as to material fact cannot be resolved without observation of demeanor of witnesses in order to evaluate their credibility, summary judgement is not appropriate. Where the evidentiary matter in support of the motion does not establish the absence of genuine issue, summary judgement must be denied even if no opposing evidentiary matter is presented. And summary judgement may be inappropriate where the party opposing it shows under subdivision (f) that he cannot at the time present facts essential to justify his opposition.
1963 Amendment
Subdivision (c.) By the amendment "answers to interrogatories ' are included among the materials which may be considered on motion for summary judgement. The phrase was inadvertently omitted from the rule, see 3 Barron &

Holtzoff, Federal Practice and Procedure 159-60 ( Wright ed. 1958) and the courts have generally reached by interpretation the result which will hereafter be required by the text of the amended rule. See Annot.,74 A.L.R.2d 984 (1960)

-Material facts cannot be resolved without observation, I have shown and can show facts essential to justify my opposition.

Federal Courts can only hear cases authorized by the U.S. Constitution or Federal statues. Federal court supersedes arbitration since arbitration is privately operated and funded.

-How can one decide without hearing, a trial is the platform for hearing a case. Arbitration made a decision without a trial hearing the case and Federal Court supersedes arbitration therefore I am asking to be heard as it is a Constitutional right for me to be allowed to be heard.

 (710 ILCS 5\5)(from Ch.10,par.105) Sec 5 Hearing
B. The parties are entitled to be heard, to present evidence material to the controversy and to cross examine witnesses appearing at the hearing.

-My case has yet to be heard, the arbitrator never heard the case. We were not able to present material on the matter or cross examine.

In Conclusion justice in this case will only be fair and just by holding a trial, allowing all evidence and arguments to be presented before the court. All evidence presented proves that I have a legitimate claim against U-Haul. It is my hope that the courts rule in my favor and move forward by hearing my case through a trial. In my pursuit of righting what was done wrong to me, I often found myself asking how a lie could become the truth I could not understand how U-Haul was comfortable lying under oath. I respect the Courts and the Laws, I refuse to compromise my reputation and character under any circumstance. I have come to understand that I have the Constitutional right to be heard through a trial, and I ask that you hear my case in a trial, that you allow the truth to be told and heard. I thank you for your time and consideration in this matter.

State of Illinois

County of Champaign

Signed / Acknowledged before me on

04/15/2021 by Cherylynn Monique Barnhill      Sincerely,

Paige L McQuigg Stephens

OFFICIAL SEAL
PAIGE L. MCQUIGG STEPHENS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 04/30/2022

Cherylynn Barnhill

Defendant